## SECOND DEPARTMENT, JULY TERM, 1887.

The People of. the State of New York *ex rel.* Joseph Hargrove, Appellant, v. Henry G. Johnson and others, Police Commissioners, etc., Respondents. — Order dismissing relator affirmed, with costs. Opinion by Barnard, P. J.

Henry S. Myers, Respondent, v. Th~ Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Stephen Tabor, as Committee, etc., v. Maria A. Brundage and others. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Patrick Reiley v. John E. Murray. — Motion denied. Opinion by Pratt, J.

Dilazon Tompkins, Respondent, v. Robert H. Austin, Appellant. — Order reversed and motion denied. Opinion by Pratt, J.; Dykman, J., not sitting.

George W. Wingate, Respondent, v. The Lipsey Gas Burner Company, Defendant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Jacob J. Van Buskirk, Respondent, v. Robert W. Gordon, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Rosie Rydzenske, as Administratrix, etc., Appellant, v. The Staten Island Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Matter of Will of Joseph Hoffman, Deceased. — Decree of surrogate admitting will to probate affirmed, with costs. Opinion by Barnard, P. J.

Thomas J. Clute v. William G. McCrea. — Motion denied, with ten dollars costs. Opinion by Dykman, J.

Amelia Gall v. Charles F. Gall. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

The People of the State of New York *ex rel.* Daniel Blake v. Richard B Whittemore and others, Police Commissioners of Richmond County. — Order reducing relator in rank reversed, with costs. Opinion by Dykman, J.

The People of the State of New York *ex rel.* Daniel Blake v. Richard B. Whittemore and others, Police Commissioners of Richmond County, — Order dismissing relator reversed, with costs. Opinion by Dykman, J.

The People of the State of New York *ex rel.* Hartford and Connecticut Western Railroad Company, Appellant, v. Mandeville S. Frost and others, Assessors of Rhinebeck, Respondents. — Order affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The People of the State of New York *ex rel.* John Whitcomb v. John Appleton and others, Commissioners. — Order dismissing relator affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of the Estate of Andrew Hood. — Order affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Maria L Hood, Appellant, v. John N. Haywood, Respondent, Impleaded, etc. — Order staying trial affirmed, without costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

Henry Rankin, Respondent, v. Augustus Nelson, Appellant. — Order setting aside verdict and granting new trial reversed, with costs and disbursements. Opinions by Pratt and Dykman, JJ.

Ellen Golden, Respondent, v. George H. Wooster, Appellant. — Order granting judgment for frivolousness of answer affirmed, with costs. Opinion by Barnard, P. J.

Thomas M. King and others, Respondents, v. Reon Barnes, Appellant, Impleaded, etc. — Order refusing to resettle case affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Thomas M. King, Respondent, v. Reon     es, Appellant, Impleaded, etc. — Order granting stay reversed, with costs and disbursements, and motion denied, with costs. Opinion by Dykman, J.

John Andrews, Respondent, v. Amelia D. Borland and others, Defendants.— (John A Schilling, Purchaser, Appellant.) — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

The People of the State of New York, Respondent, v. George W. Lake, Appellant. — Conviction and judgment affirmed. Opinion by Pratt, J.

Gilbert Hewitt and another, Executors, etc., Respondents, v. Richard V. Hall and others, Executors, etc., Appellants. — Judgment reversed and new trial granted, with leave to plaintiff to discontinue, without costs. Opinion by Pratt and Dykman, JJ.; Barnard, P. J., not sitting.

James S. Cox and another, Plaintiffs, v. Hosea O. Pearce and others, Defendants. — Order directing verdict for plaintiff affirmed, with costs. Opinion by Barnard, P. J.

Alvin F. Hill, Respondent, v. Philip Spencer and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.

In the Matter of the Estate of Jennie D Vandewater.— Order appointing guardian affirmed, with costs. Opinions by Pratt and Dykman, JJ.

John H. Abrams, Jr., and others, Appellants, v. Henry F. Johnson, Respondent.— Judgment of County Court affirmed, with costs. Opinion by Pratt, J.

Thomas Halpin, Respondent, v. The Ætna Fire Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Thomas Halpin, Respondent, v. Insurance Company of North America, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Augustus H. Gorhman, Appellant, v. Aaron Innis, Assignee, etc., Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Theodore H. Vatterlein v. Demas Barnes, Assignee. — Motion to charge assignee personally with costs denied, with ten dollars costs. Opinion by Dykman, J.

Daniel Dolan and another, Respondents, v. The Newburgh, Dutchess and Connecticut Railroad Company, Appellant. — Reargument ordered.

Caroline Barker, Respondent v. Alonzo R. Thompson and another, as Administrators, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John H. Smith v. John Satterlee and others. — Motion for reargument granted. Opinion by Barnard, P. J.

William Jackson, Respondent, v. George D. Eighmie, Appellant. — Judgment of County Court and justice reversed, with costs. Opinion by Dykman, J.

William Jackson, Appellant, v. George D. Eighmie, Respondent. — Judgment of County Court affirmed, with costs. Opinion by Dykman, J.

Albertina Heckel, Administratrix, etc., Appellant, v. The New York and Sea Beach Railway Company, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Victor Seaman, Respondent, v. Timothy O'Leary, Appellant, Impleaded, etc. — Order affirmed, with costs. Opinion by Pratt, J.: Dykman, J., not sitting.

Michael Fitzgerald, Administrator etc., v. The Long Island Railroad Company. — Judgment